1   ANDRÉ BIROTTE JR.                              JS - 6
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   JENNIFER M. RESNIK
    Assistant United States Attorney
6   Asset Forfeiture Section
    (Cal. State Bar # 233634)
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6595
9       Facsimile: (213) 894-7177
        E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA

12
                    UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
    UNITED STATES OF AMERICA,     )   CV 11-06596-DMG (MANx)
15                                )
                  Plaintiff,      )
16                                )   **CONSENT JUDGMENT OF**
                  v.              )   **FORFEITURE**
17                                )
    $132,322.00 in U.S. CURRENCY, )
18                                )
                  Defendant.      )
19                                )
    _____)
20                                )
    ADOLPH ROBERT THORNTON, JR.   )
21                                )
                  Claimant.       )
22                                )
    _____)
23

24      This action was filed on August 11, 2011.  Notice was given

25  and published in accordance with law.  Claimant Adolph Robert

26  Thornton, Jr. ("Claimant") filed the only claim to defendant

27  $132,322.00 in U.S. currency.  No other statements of interest or

28  answers have been filed, and the time for filing such statements

    of interest and answers has expired.  Plaintiff and Claimant have

1  reached an agreement that is dispositive of the action.   The

2  parties hereby request that the Court enter this Consent Judgment

3  of Forfeiture.

4       **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

5       A.    This Court has jurisdiction over this action

6  pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties

7  hereto.

8       B.    The Complaint for Forfeiture states a claim for

9  relief pursuant to 21 U.S.C. § 881(a)(6).

10      C.    Notice of this action has been given in accordance

11 with law.  All potential claimants to defendant $132,322.00 in

12 U.S. currency other than Claimant are deemed to have admitted the

13 allegations of the Complaint.  The allegations set out in the

14 Complaint are sufficient to establish a basis for forfeiture.

15      D.    The United States of America shall have judgment

16 as to $124,822.00 of the defendant currency, together with all

17 interest earned by the government on $124,822.00 of the defendant

18 currency, and no other person or entity shall have any right,

19 title or interest therein.

20      E.    $7,500.00 of the defendant currency, together with

21 all interest earned by the government on that amount since

22 seizure, shall be paid to claimant not later than forty-five (45)

23 days from the date of entry of this judgment to claimant by

24 electronic transfer.  Claimant's counsel agrees to provide

25 appropriate financial institution account information within 10

26 days of execution of this consent judgment.  Said payment shall

27 be subject to applicable federal law.

28      F.    Claimant hereby releases the United States of

1  America, its agencies, agents, and officers, including employees

2  and agents of the United States Drug Enforcement Administration,

3  from any and all claims, actions or liabilities arising out of or

4  related to this action, including, without limitation, any claim

5  for attorney's fees, costs or interest which may be asserted on

6  behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or

7  otherwise.

8          G.    The court finds that there was reasonable cause

9  for the seizure of the defendant currency and institution of

10  these proceedings.  This judgment shall be construed as a

11  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

12  Dated:  November 17, 2011

13                                    _____
                                      DOLLY M. GEE
14                                    UNITED STATES DISTRICT JUDGE

15  **Approved as to form and content:**

16  Dated: November 10, 2011        ANDRÉ BIROTTE JR.
                                     United States Attorney
17                                   ROBERT E. DUGDALE
                                     Assistant United States Attorney
18                                   Chief, Criminal Division
                                     STEVEN R. WELK
19                                   Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
20

21                                           /S/
                                     _____
22                                   JENNIFER M. RESNIK
                                     Assistant United States Attorney
23                                   Asset Forfeiture Section

24                                   Attorneys for Plaintiff
                                     United States of America

25  DATED: November 8, 2011

26                                           /S/
                                     _____
27                                   STEPHEN R. KAHN
                                     Attorney for Claimant
28                                   Adolph Robert Thornton, Jr.

                                     3